

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00192-CR

---

MIKO BUTLER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. DC-2023-CR-0573, Honorable William R. Eichman II, Presiding

---

March 21, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant Miko Butler appeals the trial court's judgments by which he was convicted of two counts of aggravated assault of a public servant. Though all parties were prepared for a jury trial, appellant decided shortly before trial to enter an open plea of guilty to both counts and to let the trial court decide punishment. After a lengthy trial on punishment, the trial court sentenced appellant to seventy years imprisonment on each count to run concurrently. Appellant timely appealed. Appellant's court-appointed

appellate counsel filed a motion to withdraw supported by an *Anders* brief.[1]  We grant counsel's motion to withdraw and affirm the judgments of the trial court.

In support of his motion to withdraw, counsel certified that he conducted a conscientious examination of the record, and in his opinion, it reflected no arguable basis for reversing appellant's convictions.  *See Anders*, 386 U.S. at 744–45; *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008).  Counsel explained why, under the controlling authorities, the record supports that conclusion.  He further demonstrated that he complied with the requirements of *Anders* and *In re Schulman* by 1) providing a copy of the brief, motion to withdraw, and appellate record to appellant, 2) notifying appellant of his right to file a pro se response, and 3) informing appellant of his right to file a pro se petition for discretionary review.  *See In re Schulman*, 252 S.W.3d at 408.  By letter dated December 5, 2023, this Court granted appellant an opportunity to exercise his right to file a response to counsel's motion and brief by January 4, 2024, a date later extended to February 5, 2024.  To date, appellant has not filed a response or otherwise communicated a desire to do so.

---

[1] *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

We independently examined the record to determine whether there were any non-frivolous issues supporting reversal as required by *In re Schulman*. We found none. So, after thoroughly reviewing the record and counsel's brief, we 1) agree that there is no plausible basis for reversal of appellant's convictions, 2) affirm the trial court's judgments, and 3) grant counsel's motion to withdraw.[2]

Brian Quinn
Chief Justice

Do not publish.

---

[2] Within five days after the date of this opinion, appellate counsel shall 1) send appellant a copy of the opinion and judgment and 2) inform appellant of his right to file a pro se petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 48.4. This duty is only informational and ministerial. It does not encompass or require the rendition of legal advice or further representation.